IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RASTELLI PARTNERS, LLC, *et al* <br><br> Plaintiffs, <br><br> v. <br><br> FOFBAKERS HOLDING COMPANY, LLC, *et al* <br> Defendants. | Civil Action No. 1:19-cv-05124-NLH-JS |

## STIPULATION AND ORDER REGARDING MOTION TO INTERVENE BY DF VENTURES, LLC

Plaintiffs Rastelli Partners, LLC and Raymond M. Rastelli, Jr, ("Plaintiffs"), Defendants FOFBakers Holding Company, LLC and James A. Baker a/k/a Al Baker ("Defendants"), and proposed Intervenor DF Ventures, LLC, by and through their counsel, stipulate as follows:

WHEREAS, proposed Intervenor DF Ventures, LLC filed a Motion to Intervene with the Superior Court of New Jersey, Chancery Division, Gloucester County on February 4, 2019 in the action encaptioned Rastelli Partners, LLC, et al. v. FOFBakers Holding Company, LLC, docketed as Case No. C-5-19;

WHEREAS Defendants removed the Litigation on February 8, 2019, including the pending Motion to Intervene which was referenced and included in the Defendants' Amended Notice of Removal;

WHEREAS, the members of proposed Intervenor DF Ventures, LLC are Daymond John and Larry Fox, both adult individuals who reside in and are citizens of New York;

WHEREAS, the pending Motion to Intervene is now before the Federal Court; [Docket No. 10]

WHEREFORE, each of the parties having been served with the pending Motion and/or the Amended Notice of Removal and in the interests of judicial economy, the Parties agree to stipulate, and request that the Court enter an ORDER, as follows:

1. All parties consent to the relief sought in the pending Motion to Intervene by proposed Intervenor DF Ventures, LLC; and

2. DF Ventures, LLC may intervene pursuant to Fed. R. Civ. P. 24 in the above-captioned matter with respect to all claims asserted by the Plaintiffs and with respect to each of the Counts pled in the Plaintiffs' Complaint and, for docketing and caption purposes, shall be aligned with the Plaintiffs.

IT IS SO STIPULATED AND AGREED.

| s/ David R. Dahan<br>David R. Dahan, Esq., Esquire<br>Hyland Levin LLP<br>6000 Sagemore Drive, Suite 6301<br>Marlton, NJ 08053<br>dahan@hylandlevin.com<br><br>*Attorneys for Plaintiffs* | s/ Gregory A. Lomax<br>Gregory A. Lomax, Esquire<br>Lauletta Birnbaum, LLC<br>591 Mantua Boulevard<br>Suite 200<br>Sewell, NJ 08080<br>glomax@lauletta.com<br><br>*Attorneys for Defendants* | s/ Gavin P. Lentz<br>Gavin P. Lentz, Esquire<br>Albert M. Belmont, III, Esquire<br>Bochetto and Lentz, P.C.<br>1524 Locust Street<br>Philadelphia, PA 19102<br>glentz@bochettoandlentz.com<br>abelmont@bochettoandlentz.com<br><br>*Attorneys for DF Ventures, LLC* |
|---|---|---|

**IT IS SO ORDERED AND APPROVED:**

/s/ Noel L. Hillman
_____
NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey
Date: February 13, 2019

-2-