# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RASTELLI PARTNERS, LLC, *et al* | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | : Civ. A. No. 1:19-cv-05124-NLH-JS <br> : |
| FOFBAKERS HOLDING COMPANY, LLC, *et al* <br> Defendants. | : <br> : <br> : <br> : |

**RULE 7.1 DISCLOSURE STATEMENT**

The undersigned counsel for Intervenor DF Ventures, LLC certifies that this party is a non-governmental corporate party and that:

☐  This party's parent corporation, and all publicly held corporations owning 10% of more of this party's stock, are listed here:
_____
_____
_____
_____

☒  This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% of more of this party's stock.

Respectfully Submitted,

**BOCHETTO AND LENTZ, P.C.**

Dated: February 28, 2019       By:_____

Gavin P. Lentz, Esq.
I.D. No. 023841988
Albert M. Belmont, Esq.

1

       I.D. No. 024401999
    1524 Locust Street
    Philadelphia, PA 19102
    Ph: (215) 735-3900
    Attorneys for Intervenor
    DF Ventures, LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RASTELLI PARTNERS, LLC, *et al* | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civ. A. No. 1:19-cv-05124-NLH-JS |
| FOFBAKERS HOLDING COMPANY, LLC, *et al* | : : : | |
| Defendants. | : : | |

## CERTIFICATE OF SERVICE

I, Gavin P. Lentz, hereby certify that I caused a true and correct copy of the foregoing Notice of Motion, Certification of Counsel, Complaint in Intervention and Proposed Order were transmitted to the Court and upon the following via ECF:

| | |
|---|---|
| David R. Dahan Esq.<br>Hyland Levin LLP<br>6000 Sagemore Drive, Suite 6301<br>Marlton, NJ 08053<br>dahan@hylandlevin.com<br>Counsel for Plaintiffs | Gregory A. Lomax Esq.<br>Lauletta Birnbaum, LLC<br>591 Mantua Boulevard<br>Suite 200<br>Sewell, NJ  08080<br>glomax@lauletta.com<br>Counsel for Defendants |

I hereby certify that the foregoing statements are true to the best of my knowledge, information and belief.  I am aware that if any of the foregoing

3

statements are willfully false, I am subject to punishment.

_____ _____
Albert M. Belmont, III, Esq.
