## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RASTELLI PARTNERS, LLC, *et al* <br><br> Plaintiffs, <br><br> v. <br><br> FOFBAKERS HOLDING COMPANY, LLC, *et al* <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : Civ. A. No. 1:19-cv-05124-NLH-JS <br> : <br> : <br> : <br> : <br> : |

**RULE 7.1 DISCLOSURE STATEMENT**

The undersigned counsel for Intervenor DF Ventures, LLC certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% of more of this party's stock, are listed here:
_____
_____
_____
_____

☒ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% of more of this party's stock.

                          Respectfully Submitted,

                          **BOCHETTO AND LENTZ, P.C.**

Dated: February 28, 2019       By:__s/ Albert M.Belmont, III___

                                    Gavin P. Lentz, Esq.
                                    I.D. No. 023841988
                                    Albert M. Belmont, Esq.