

6000 Sagemore Drive, Suite 6301
Marlton, NJ 08053-3900

main 856.355.2900
fax 856.355.2901

www.hylandlevin.com

**David R. Dahan**
Direct 856.355.2991
dahan@hylandlevin.com

March 6, 2019

*Via Efiling and Facsimile 856-757-5355*

The Honorable Joel Schneider, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th and Cooper Streets, Room 1050
Camden, NJ 08101

      Re:   ***Rastelli Partners, LLC and Raymond M. Rastelli, Jr. vs. FOFBakers Holding Company, LLC and James A. Baker a/k/a Al Baker, Individually***
            **Civil Action No. 1:19-cv-05124**

Dear Judge Schneider:

    The Plaintiffs are in receipt of the Defendants' Motion for *Pro Hac Vice* Admission (the "Motion"). Kindly note that the Plaintiffs intend to oppose the Motion and will file their opposition by March 18, 2019 in accordance with the deadlines set forth by the Court via its electronic notice on March 5, 2019.

    Your Honor's consideration of this matter is greatly appreciated.

                                        Respectfully submitted,

                                        David R. Dahan

DRD/mgc
Enclosures
cc:    Gregory A. Lomax, Esquire *(via ECF)*
        Gavin Lentz, Esquire *(via ECF)*

{HL894390.1}