

**HylandLevinShapiro**LLP
ATTORNEYS AT LAW

6000 Sagemore Drive, Suite 6301
Marlton, NJ 08053-3900
main 856.355.2900
fax 856.355.2901
www.hylandlevin.com

**David R. Dahan**
*Direct* 856.355.2991
dahan@hylandlevin.com

March 12, 2019

*Via Efiling and Facsimile 856-757- 5355*

The Honorable Joel Schneider, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th and Cooper Streets, Room 1050
Camden, NJ 08101

> Re: *Rastelli Partners, LLC and Raymond M. Rastelli, Jr.  vs. FOFBakers*
> *Holding Company, LLC and James A. Baker a/k/a Al Baker, Individually*
> **Civil Action No. 1:19-cv-05124**

Dear Judge Schneider:

I am involved in an arbitration in another matter that consumed my day yesterday and will consume my day today. I am respectfully requesting a brief adjournment to file my clients' Confidential Mediation Statement from the close of business today until noon tomorrow. Other counsel, Gregory Lomax and Gavin Lentz consent to this brief extension with the understanding that it would also apply to them.

Your Honor's consideration of this request is greatly appreciated.

Respectfully submitted,

David R. Dahan

DRD/mgc
Enclosures
cc:    Gregory A. Lomax, Esquire *(via ECF)*
       Gavin Lentz, Esquire *(via ECF)*

So Ordered this 12th day
of March , 2019
JOEL SCHNEIDER, USMJ

{HL896146.1}