UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RASTELLI PARTNERS, LLC and RAYMOND M. RASTELLI, JR., <br><br> Plaintiffs, <br><br> v. <br><br> FOFBAKERS HOLDING COMPANY, LLC and JAMES A. BAKER a/k/a AL BAKER, <br><br> Defendants. | CIVIL ACTION NO. 1:19-cv-05124 <br><br><br> Removed from the Superior Court of New Jersey, Chancery Division, Gloucester County |

### STIPULATION OF DISMISSAL

The parties, by their undersigned attorneys, hereby stipulate that all claims asserted herein are hereby DISMISSED, with prejudice, and without costs to either party. The Court shall retain jurisdiction of the settlement and enforcement thereof for a period of two (2) years.

/s/ Gregory A. Lomax
Gregory A. Lomax, Esq.
Lauletta Birnbaum, LLC
591 Mantua Blvd., Suite 200
Sewell, NJ 08080

Attorneys for Defendants, FOFBakers Holding Company, LLC and James A. Baker a/k/a Al Baker

Dated: November 7, 2019

/s/ David R. Dahan
David R. Dahan, Esquire
Hyland Levin Shapiro LLP
6000 Sagemore Drive, Suite 6301
Marlton, NJ  08053

Attorneys for Plaintiffs, Rastelli Partners, LLC and Raymond M. Rastelli, Jr.

Dated: November 7, 2019

/s/ Albert M. Belmont, III
Albert M. Belmont, III, Esq.
Bochetto & Lentz, P.C.
1524 Locust Street
Philadelphia, PA 19102

Attorneys for Intervenor, DF Ventures, LLC

Dated: November 7, 2019

{HL968565.1}